STATE OF NEW JERSEY v. EUGENE FRANKLIN.

July 21, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WAHID GRAY.

July 21, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. GRACIAN ISIDRON.

July 21, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL ROCCO DELLI SANTI.

July 21, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK WOMACK.

July 21, 1982.

Petition for certification denied.